ELMWOOD CASTINGS CO., PETITIONER, *v.* COMMISSIONER OF
INTERNAL REVENUE, RESPONDENT.

Docket Nos. 11280, 19672.   Promulgated July 30, 1928.

*James B. O'Donnell, Esq.*, for the petitioner.
*Harold Allen, Esq.*, for the respondent.

OPINION.

VAN FOSSAN: The evidence in this case clearly established the reasonableness of the rates of depreciation set forth in the findings of fact and depreciation should be computed by employing such rates. The evidence does not justify the granting of special assessment.

*Judgment will be entered under Rule 50.*